*Depeyster,* for defendant.

RALPH & CO. vs. F. L. CLAIBORNE.

No appeal      THE defendant prayed for a mandamus to the
from an in-
terlocutory parish court.
judgment.
HE is a citizen of the Mississippi territory, and
being sued by a citizen of one of the United
States, he filed his petition under the act of Con-
gress, 1 *U. S. laws,* 56, for the removal of the
cause for trial into the district court of the United
States. The parish court rejected his application,
whereupon he prayed an appeal, which was refu-
sed. His application was for the writ of this Court
commanding the parish court to admit the appeal
—on the ground that he could not proceed before
the parish court, without waving, by his plea, the

right of removing the cause into the district court.

*By the Court.* The interlocutory judgment cannot be the ground of an appeal.

MANDAMUS DENIED.